Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

<u>EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| GOMER THOMAS WILLIAMS | : | |

GOMER THOMAS WILLIAMS, the above named defendant, who is accused of

18 U.S.C. § 1343 – (Wire Fraud-1 Count)

being advised of the nature of the charge and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
GOMER THOMAS WILLIAMS
Defendant

_____
Witness

_____
WILLIAM J. WINNING
Counsel for Defendant